UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAMO TECHNOLOGIES, INC.,** | Docket No.: 12-cv-6050-WJM-MF |
| Plaintiff, | |
| v. | **ORDER** |
| **HILDA SOLIS,** *et al.*, | |
| Defendants. | |

**THIS MATTER** comes before the Court on Plaintiff CAMO Technologies, Inc.'s Motion to Set Aside the Department of Labor Administrative Review Board's Decision and Order of August 31, 2012, and Defendants' Motion to Affirm the same Decision and Order.  For the reasons set forth in the accompanying opinion; and for good cause appearing;

**IT IS** on this 18th day of October 2013, hereby,

**ORDERED** that Plaintiff's Motion is hereby **GRANTED**; and it is further

**ORDERED** that the Defendants' Motion is hereby **DENIED**; and it is further

**ORDERED**, that the Department of Labor Administrative Review Board's Decision and Order of August 31, 2012 is hereby set aside.

/s/ William J. Martini

_____
**WILLIAM J. MARTINI, U.S.D.J.**